UNITED STATES DISTRICT COURT

FOR THE

_Eastern_ DISTRICT OF _Michigan_

UNITED STATES OF AMERICA

Case No. _CR 20053_

(write the number of your criminal case)

v.

_Cheryl Dolores Cheatham_

Write your full name here.

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**

(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☒ No

If you answered yes, please list the documents in section IV of this form.

Page **1** of 6

## I.  SENTENCE INFORMATION

Date of sentencing: _12/20/2017_

Term of imprisonment imposed: _144 months_

Approximate time served to date: _4 years 3 months_

Projected release date: _1/18/2021_

Length of Term of Supervised Release: _5 years_

Have you filed an appeal in your case?

☐ Yes

☒ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☒ No

## II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on

_____.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☒ Yes, my request was denied by the warden on (date): *8/3/2020*

☐ No. I did not receive a response yet.

## III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

### A.  Are you 70 years old or older?

☐ Yes.

☒ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☒ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☒ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☒ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☒ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☐ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

_See Attachment_

## IV.   ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Additional medical information | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| | ☐ Yes | | ☐ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |

Page 5 of 6

## V.    REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

 ☑ Yes

☐ No

## VI.    MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

2/25/2021
Date

*Cheryl Cheatham*
Signature

Cheryl Cheatham
Name

55071-039
Bureau of Prisons Register #

F.C.I. Dublin
Bureau of Prisons Facility

5701 84th Street Dublin, CA 94568
Institution's Address

Page **6** of **6**

To: Honorable Stephen J. Murphy III,

I'm writing this to request help me in a motion for a Compassionate Release Reduction of Sentence under the First Step Act 3582 (C)(1)(A). Program Statement (50.50.50) I Am 67 years old with health problems such as: osteoarthritis, I have schizophrenia, and I am Bi-polar. My spine is off line from my neck (cervical) to my lumbar spine. I have Bronchial COPD Asthma with emphysem I recieve injection in my Left Knee every 3 months. I caught Covid-19 during my stay.

I will be presiding if motion is approved with my daughter Sharri Cheatham at 3168 West Butler Drive/Phoenix, Az. 85051 She and my sons: Isaiah Allen, Damian Allen, and Zenas Witherspoon will be supporting me. I will also be receiving S.S.D.I.

I'm asking Merc Mercy on the court please. I've learn my lesson. I'm so sincere. I Apology for my Actions. I'm to old to be running around with youngsters. I'll be 68 come July. My grandkids need me. This will be my first and last time in your court room.

Sincerely,
Ms Cheryl Cheatham



## Individualized Needs Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: CHEATHAM, CHERYL 55071-039

SEQUENCE: 02091556
Team Date: 03-02-2021

| | | | |
|---|---|---|---|
| Facility: | DUB DUBLIN FCI | Proj. Rel. Date: | 01-18-2027 |
| Name: | CHEATHAM, CHERYL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 55071-039 | DNA Status: | OKL13015 / 06-07-2018 |
| Age: | 67 | | |
| Date of Birth: | 07-14-1953 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Pending Charges

| Phoenix Municipal Court, Case #4969002 |
|---|

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|

*NO ASSIGNMENTS*

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DUB | ESL HAS | ENGLISH PROFICIENT | 07-12-2018 |
| DUB | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-05-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DUB F | C | ACE CHANNELING STRESS 1 SELFST | 12-18-2020 | 12-18-2020 |
| DUB F | C | ACE JAZZ & JUSTICE P1 SELFST | 01-24-2021 | 01-24-2021 |
| DUB F | C | ACE BENEFITS OF BEING SELFST | 11-22-2020 | 11-23-2020 |
| DUB F | C | ACE CRUCIAL DECISION MAKING 1 | 12-03-2020 | 12-03-2020 |
| DUB F | C | ACE PATH 2 MENTAL WELL SELFSTY | 11-11-2020 | 11-12-2020 |
| DUB F | C | ACE THINK & BE HEALTHY SELFSTY | 11-09-2020 | 11-10-2020 |
| DUB F | C | ACE CONFLIC RESOLUTION 2 SLFST | 11-04-2020 | 11-05-2020 |
| DUB F | C | ACE CONFLIC RESOLUTION 1 SLFST | 10-12-2020 | 10-13-2020 |
| DUB F | C | ACE CIVIL RIGHTS MOVEMT SELFST | 08-27-2020 | 08-27-2020 |
| DUB F | C | ACE EXPLORING EMOTIONS | 10-26-2019 | 11-23-2019 |
| DUB F | C | EXPLORING EMOTIONS | 09-21-2019 | 10-19-2019 |
| DUB F | C | WORD 2013 M-F 1230-1445 | 07-22-2019 | 10-07-2019 |
| DUB F | C | EFFECTS OF INCAR. ON CHILDREN | 09-14-2019 | 10-17-2019 |
| DUB F | C | TYPING 630-730AM M-F EDUCATION | 06-17-2019 | 07-02-2019 |
| DUB F | C | MEMORY CLASS | 05-22-2019 | 06-12-2019 |
| DUB F | C | BASIC COMPUTERS M-F 1230-130PM | 12-01-2018 | 12-15-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-27-2018 |
| CARE2-MH | CARE2-MENTAL HEALTH | 06-26-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 09-19-2018 |
| NO F/S | NO FOOD SERVICE WORK | 06-27-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-27-2018 |
| SOFT SHOES | SOFT SHOES ONLY | 11-25-2020 |
| WHEELCHAIR | REQUIRES WHEELCHAIR | 11-25-2020 |

### Current Drug Assignments



### Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: CHEATHAM, CHERYL  55071-039

SEQUENCE: 02091556

Team Date: 03-02-2021

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 05-09-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-28-2020 |

### FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:**  **COMPLT**   **FINANC RESP-COMPLETED**      **Start: 06-14-2019**

Inmate Decision:  **AGREED**     **$25.00**        Frequency: **QUARTERLY**

Payments past 6 months:     **$0.00**       Obligation Balance: **$0.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

#### Payment Details

Trust Fund Deposits - Past 6 months:  $ N/A                    Payments commensurate ?   N/A

New Payment Plan:      ** No data **

### Progress since last review

| Completed ACE Channeling Stress class |
|---|
| Completed ACE Jazz and Justice class |
| Completed ACE Benefits of Being Self class |
| Completed ACE Crucial Decision Making class |
| Completed ACE Path 2 Mental Wellness class |
| Completed ACE Think and Be Healthy class |
| Completed ACE Conflict Resolution 1 and 2 classes |

### Next Program Review Goals

Inmate programs have been significantly impacted due to COVID-19. The institutions do not anticipate returning to normal operations. Therefore, no short term programming goals will be recommended at this time. During these times of program disruptions, the inmate is encouraged to journal, read, and maintain contact with family.

### Long Term Goals

Upon the institution returning to normal operations, enroll in one of the following classes: enroll in a self-improvement course of your choice or educational courses

### RRC/HC Placement

### Comments

Inmate will be reviewed for pre-release RRC placement/home confinement, in accordance with the 2nd Chance Act of 2007 and the 5-factor criteria from 18 U.S.C. 3621(b), approximately 17 - 19 months to release date.

RPP Needs - Need to complete Health, Employment, Finance and Community Resource classes

PREA risk factors were reviewed



### Individualized Needs Plan - Program Review   (Inmate Copy)

SEQUENCE: 02091556

Dept. of Justice / Federal Bureau of Prisons

Team Date: 03-02-2021

Plan is for inmate: CHEATHAM, CHERYL  55071-039

Name: CHEATHAM, CHERYL
Register No.: 55071-039
Age: 67
Date of Birth: 07-14-1953

DNA Status: OKL13015 / 06-07-2018

Inmate    (CHEATHAM, CHERYL. Register No.: 55071-039)

_____

Date

_____

Unit Manager / Chairperson _____ | Case Manager _____

Date _____ | Date _____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT

FOR THE

_Eastern_ DISTRICT OF _Michigan_

UNITED STATES OF AMERICA

v.

Case No. _CR 20053_

(write the number of your criminal case)

_Cheryl Dolores Cheatham_
Write your full name here.

PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information
requested below. This information will assist the U.S. Probation and Pretrial Services Office to
prepare for your release if your motion is granted.

**A. Housing and Employment**

Provide the full address where you intend to reside if you are released from prison:

3168 West Butler Drive

Phoenix, AZ 85051

Provide the name and phone number of the property owner or renter of the address
where you will reside if you are released from prison:

Sharri Cheatham

(602) 536-4020  602-563-4020

Provide the names (if under the age of 18, please use their initials only), ages, and
relationship to you of any other residents living at the above listed address:

JDC 14 grandson  JRDC 12, granddaughter

DLH 8 grandson

If you have employment secured, provide the name and address of your employer and
describe your job duties:

N/A

List any additional housing or employment resources available to you:

N/A

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☒ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

*Medicare   United Health Dual Complete*
*Medicaid   AARP*

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes

☐ No

If yes, please include them with your motion. If no, where are the records located?

_____

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

_____

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☒ Yes

☐ No

If yes, list equipment:

_Walker and wheelchair_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☒ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

*Isaiah Allen 44 (Son)  Zenas Witherspoon 33 (Son)*
*Damian Allen 42 (Son)* _____

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

*My children will take me to my medical*
*appointments.* _____

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

2/25/2021
Date

*Cheryl Cheatham*
Signature

*Cheryl Cheatham*
Name

55071-039
Bureau of Prisons Register #

F.C.I. Dublin
Bureau of Prisons Facility

5701 8th Street Dublin CA 94568
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
### FOR THE
_Eastern_ DISTRICT OF _Michigan_

UNITED STATES OF AMERICA

v.

**Case No.** _CR 20053_
(write the number of your criminal case)

_Cheryl Dolores Cheatham_
Write your full name here.

### MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

2/25/2021
Date

Cheryl Cheatham CW
Signature

Cheryl Cheatham
Name

55071-039
Bureau of Prisons Register #

F.C.I. Dublin
Bureau of Prisons Facility

5701 8th Street Dublin CA 94568
Institution's Address

# Bureau of Prisons
# Health Services
# Medication Summary
## Current as of 01/27/2021 12:07

| Complex: | DUB--DUBLIN FCI | Begin Date: | N/A | End Date: | N/A |
|---|---|---|---|---|---|
| Inmate: | CHEATHAM, CHERYL | Reg #: | 55071-039 | Quarter: | C01-301L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                                 Denied

## Active Prescriptions

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth each day
**Rx#:** 179367-DUB     **Doctor:** Tang, Keith MD
**Start:** 03/31/20     **Exp:** 03/31/21          **Pharmacy Dispensings: 300 TAB in 303 days**

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth twice daily AS NEEDED . only #30 per month per MD
**Rx#:** 185065-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 09/18/20     **Exp:** 03/17/21          **Pharmacy Dispensings: 120 TAB in 132 days**

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Inhale 2 puffs by mouth four times daily AS NEEDED shortness of breath "Empty container is to be returned for refill"
**Rx#:** 186006-DUB     **Doctor:** Tang, Keith MD
**Start:** 10/13/20     **Exp:** 10/13/21          **Pharmacy Dispensings: 25.5 GM in 107 days**

Amitriptyline 75 MG Tab
***pill line*** Take two tablets (150 MG) by mouth at bedtime . ***crush/empty*** ***pill line***
**Rx#:** 185066-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 09/18/20     **Exp:** 03/17/21          **Pharmacy Dispensings: 360 TAB in 132 days**

Benztropine 1 MG Tab
***pill line*** Take one tablet (1 MG) by mouth at bedtime . ***crush/empty*** ***pill line***
**Rx#:** 185067-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 09/18/20     **Exp:** 03/17/21          **Pharmacy Dispensings: 150 TAB in 132 days**

Budesonide/Formoterol 160-4.5 MCG/ACT 10.2 GM
Inhale 2 puffs by mouth twice daily as directed . **rinse mouth after use** "Empty container is to be returned for refill"
**Rx#:** 186007-DUB     **Doctor:** Tang, Keith MD
**Start:** 10/13/20     **Exp:** 10/13/21          **Pharmacy Dispensings: 30.6 gm in 107 days**

carBAMazepine 200 MG Tab
Take one tablet (200 MG) by mouth twice daily
**Rx#:** 185933-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 10/08/20     **Exp:** 04/06/21          **Pharmacy Dispensings: 210 TAB in 112 days**

| Complex: | DUB--DUBLIN FCI | Begin Date: | N/A | End Date: | N/A |
| Inmate: | CHEATHAM, CHERYL | Reg #: | 55071-039 | Quarter: | C01-301L |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning
Rx#: 179374-DUB     Doctor: Tang, Keith MD
Start: 03/31/20     Exp: 03/31/21          Pharmacy Dispensings: 300 TAB in 303 days

Montelukast Sodium 10 MG Tab
Take one tablet (10 MG) by mouth each day
Rx#: 185209-DUB     Doctor: Duncan, David DO/CD
Start: 09/23/20     Exp: 04/05/21          Pharmacy Dispensings: 120 TAB in 127 days

Oxybutynin 5 MG Tab
***pill line*** Take one tablet (5 MG) by mouth at bedtime  ***crush/empty*** ***pill line***
Rx#: 185070-DUB     Doctor: Duncan, David DO/CD
Start: 09/18/20     Exp: 03/17/21          Pharmacy Dispensings: 90 TAB in 132 days

Propranolol 10 MG Tab
Take one tablet (10 MG) by mouth twice daily
Rx#: 185071-DUB     Doctor: Duncan, David DO/CD
Start: 09/18/20     Exp: 03/17/21          Pharmacy Dispensings: 240 TAB in 132 days

risperiDONE 2 MG Tab
***pill line*** Take two tablets (4 MG) by mouth at bedtime . ***crush/empty*** ***pill line***
Rx#: 185072-DUB     Doctor: Duncan, David DO/CD
Start: 09/18/20     Exp: 03/17/21          Pharmacy Dispensings: 300 TAB in 132 days

Sulindac 200 MG Tab
Take one tablet (200 MG) by mouth twice daily with food
Rx#: 186099-DUB     Doctor: Duncan, David DO/CD
Start: 10/14/20     Exp: 04/12/21          Pharmacy Dispensings: 240 TAB in 106 days

traZODone HCl 50 MG Tab
***pill line*** Take three tablets (150 MG) by mouth at bedtime . ***crush/empty*** ***pill line***
Rx#: 185074-DUB     Doctor: Duncan, David DO/CD
Start: 09/18/20     Exp: 03/17/21          Pharmacy Dispensings: 360 TAB in 132 days

Tiotropium Bromide HandiHaler 30 Cap 18 MCG Inh
Inhale one inhalation by mouth each day as directed . "Empty container is to be returned for refill"
Rx#: 186008-DUB     Doctor: Tang, Keith MD
Start: 10/13/20     Exp: 10/13/21          Pharmacy Dispensings: 60 cap in 107 days

Venlafaxine ER/XR 24 Hour Cap 75 MG
Take four capsules (300 MG) by mouth each day
Rx#: 185075-DUB     Doctor: Duncan, David DO/CD

| Complex: | DUB--DUBLIN FCI | Begin Date: | N/A | End Date: | N/A |
|---|---|---|---|---|---|
| Inmate: | CHEATHAM, CHERYL | Reg #: | 55071-039 | Quarter: | C01-301L |

## Active Prescriptions
Start: 09/18/20      Exp: 03/17/21          Pharmacy Dispensings: 528 CAP in 132 days

## Recently Expired Prescriptions
Bisacodyl E.C. 5 MG TAB

Take two tablets (10 MG) by mouth each day

Rx#:   187866-DUB      Doctor:   Tang, Keith MD

Start:   12/14/20      Exp: 01/13/21          Pharmacy Dispensings: 60 TAB in 30 days

# Bureau of Prisons
# Health Services
# Medication Summary
# Current as of 11/13/2018 12:09

| | | |
|---|---|---|
| **Complex:** DUB--DUBLIN FCI | **Begin Date:** N/A | **End Date:** N/A |
| **Inmate:** CHEATHAM, CHERYL | **Reg #:** 55071-039 | **Quarter:** C03-092L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**           Denied

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Inhale 2 puffs by mouth four times daily AS NEEDED shortness of breath
**Rx#:** 154166-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 06/28/18     **Exp:** 06/28/19          **Pharmacy Dispensings:** 0 GM in 139 days

ARIPiprazole 10 MG Tab ~ *Discontinued*
***pill line*** Take two tablets (20 MG) by mouth at bedtime . ***crush/empty*** ***pill line***
**Rx#:** 158422-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 10/24/18     **Exp:** 04/22/19          **Pharmacy Dispensings:** 60 tab in 21 days

Benztropine 1 MG Tab
***pill line*** Take one tablet (1 MG) by mouth at bedtime ***pill line***
**Rx#:** 154167-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 06/28/18     **Exp:** 12/25/18          **Pharmacy Dispensings:** 150 TAB in 139 days

carBAMazepine 200 MG Tab
***pill line*** Take one tablet (200 MG) by mouth twice daily ***pill line***
**Rx#:** 155110-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 08/01/18     **Exp:** 01/28/19          **Pharmacy Dispensings:** 210 TAB in 105 days

DULoxetine HCl Delayed Rel 30 MG Cap  *↑to 60mg*
Take one capsule (30 MG) by mouth each day
**Rx#:** 154169-DUB     **Doctor:** Duncan, David DO/CD
**Start:** 06/28/18     **Exp:** 12/25/18          **Pharmacy Dispensings:** 90 Cap in 139 days

Hydrochlorothiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning
**Rx#:** 156278-DUB     **Doctor:** Sorkin, J. MD
**Start:** 08/29/18     **Exp:** 08/29/19          **Pharmacy Dispensings:** 60 TAB in 77 days

Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses)
Inhale one inhalation by mouth twice daily as directed rinse mouth after use
**Rx#:** 158836-DUB     **Doctor:** Urbano, Percival MLP
**Start:** 11/02/18     **Exp:** 05/01/19          **Pharmacy Dispensings:** 1 ea in 12 days

| Complex: DUB--DUBLIN FCI | Begin Date: N/A | End Date: N/A |
|---|---|---|
| Inmate:   CHEATHAM, CHERYL | Reg #:   55071-039 | Quarter:  C03-092L |

## Active Prescriptions

Montelukast Sodium 10 MG Tab
Take one tablet (10 MG) by mouth each day
Rx#:  158076-DUB    Doctor: Duncan, David DO/CD
Start: 10/16/18    Exp: 10/18/19          Pharmacy Dispensings: 30 TAB in 29 days

predniSONE 20 MG Tab
Take two tablets (40 MG) by mouth each day with food for 5 days
Rx#:  169234-DUB    Doctor: Duncan, David DO/CD
Start: 11/08/18    Exp: 11/13/18          Pharmacy Dispensings: 10 TAB in 6 days

risperiDONE 1 MG Tab    *1 to 4 mg*
***pill line*** Take one tablet (1 MG) by mouth at bedtime . ***crush/empty*** ***pill line***
Rx#:  158423-DUB    Doctor: Duncan, David DO/CD
Start: 10/24/18    Exp: 04/22/19          Pharmacy Dispensings: 30 TAB in 21 days

traZODone  50 MG Tab
***pill line*** Take three tablets (150 MG) by mouth at bedtime . ***crush/empty*** ** pill line***
Rx#:  158424-DUB    Doctor: Duncan, David DO/CD
Start: 10/24/18    Exp: 04/22/19          Pharmacy Dispensings: 90 TAB in 21 days

Venlafaxine ER/XR 24 Hour Cap 75 MG
***pill line*** Take two capsules (150 MG) by mouth each morning ***pill line***
Rx#:  154174-DUB    Doctor: Duncan, David DO/CD
Start: 06/28/18    Exp: 12/25/18          Pharmacy Dispensings: 300 CAP in 139 days

## Recently Expired Prescriptions

predniSONE 20 MG Tab
Take two tablets (40 MG) by mouth each day with food for 5 days
Rx#:  158837-DUB    Doctor: Urbano, Percival MLP
Start: 11/02/18    Exp: 11/07/18          Pharmacy Dispensings: 10 TAB in 5 days

```
   DUBC0  540*23 *              SENTENCE MONITORING              *      02-25-2021
   PAGE 002 OF 002 *           COMPUTATION DATA                  *      13:15:52
                                 AS OF 02-25-2021


REGNO..: 55071-039 NAME: CHEATHAM, CHERYL


------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-08-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-20-2017
TOTAL TERM IN EFFECT............:   144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS
EARLIEST DATE OF OFFENSE........: 05-31-2017

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       10-14-2016     12-19-2017


TOTAL PRIOR CREDIT TIME.........: 432
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 634
TOTAL GCT EARNED................: 202
STATUTORY RELEASE DATE PROJECTED: 01-18-2027
ELDERLY OFFENDER TWO THIRDS DATE: 10-14-2024
EXPIRATION FULL TERM DATE.......: 10-13-2028
TIME SERVED.....................:      4 YEARS       4 MONTHS      12 DAYS
PERCENTAGE OF FULL TERM SERVED..: 36.4
PERCENT OF STATUTORY TERM SERVED:  42.5

PROJECTED SATISFACTION DATE.....: 01-18-2027
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 2-7-19 DIS GCT R/JMD.
               1-6-20 GCT UPDATED PURSUANT TO FSA R/JMD.


G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   DUBCO   540*23 *              SENTENCE MONITORING              *      02-25-2021
PAGE 001          *              COMPUTATION DATA               *      13:15:52
                                 AS OF 02-25-2021

REGNO..: 55071-039 NAME: CHEATHAM, CHERYL


FBI NO...........: 417752K10          DATE OF BIRTH: 07-14-1953  AGE:  67
ARS1.............: DUB/A-DES
UNIT.............: C                   QUARTERS.....: C01-301L
DETAINERS........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 07-18-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-18-2027 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 2:17CR20053 (1)
JUDGE...........................: MURPHY
DATE SENTENCED/PROBATION IMPOSED: 12-20-2017
DATE COMMITTED..................: 06-20-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00       $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(B)(1)(A),846 CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE COCAINE CT1.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    144 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 05-31-2017


G0002      MORE PAGES TO FOLLOW . . .
```